**F I L E D**
CLERK, U.S. DISTRICT COURT

4/28/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:21-cr-00078-CJC |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl] |
| MARCOS ISAAC RODRIGUEZ, aka "Kumar," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 20, 2019, in Orange County, within the Central District of California, defendant MARCOS ISAAC RODRIGUEZ, also known as "Kumar," knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 26, 2019, in Orange County, within the Central District of California, defendant MARCOS ISAAC RODRIGUEZ, also known as "Kumar," knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance, to B.Y., whose death and serious bodily injury resulted from the use of such substance.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office